IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                        Criminal Action No.
                                                                          22-00048-04-CR-W-DGK

IDELLA GARDNER,

        Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: <u>Count 1</u>:      Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

                                <u>Counts 60, 63, 64, 67</u>:    Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

                                  <u>Forfeiture Allegation One</u>

**TRIAL COUNSEL**:
        Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
        Case Agent: ATF Special Agent Elizabeth White
        Defense: Phillip Brooks and Paralegal Catherine Morgan

**OUTSTANDING MOTIONS**: *Ex Parte* Motion (Doc. 767)

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
        <u>Government</u>: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
        <u>Defense</u>: 5 witnesses, including Defendant who     ( ) will
                                                                           (x) may
                                                                         ( ) will not testify

**TRIAL EXHIBITS**:
        Government: 300 exhibits with four defendants going to trial
        Defense: 15 exhibits

**DEFENSES**:
        (x)    defense of general denial
        ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        ( ) Definitely for trial         (x) Possibly for trial
        ( ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME**: **10 days for trial with four defendants**
    Government's case including jury selection: 7-8 days
    Defense case: 1 day

**STIPULATIONS**: None at this time
        ( )    none likely
        ( )    not appropriate
        ( )    likely as to:
                ( )    chain of custody
                ( )    chemist's reports
                ( )    prior felony conviction
                ( )    interstate nexus of firearm
                ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: On or before June 24, 2024
    Defense: On or before June 24, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
    **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:
( ) A _____-speaking interpreter is required.
( ) Other assistive devices:

**IT IS SO ORDERED.**

                                          */s/ Jill A. Morris*
                                          JILL A. MORRIS
                                          United States Magistrate Judge